**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BRUCE MURPHY, M.D.**                                                                                      **PLAINTIFF**

**v.**                                      **CASE NO. 4:12CV00629 BSM**

**KATHLEEN SEBELIUS, in**
**her official capacity as**
**Secretary of the United States**
**Department of Health and**
**Human Services**                                                                                               **DEFENDANT**

## ORDER

The parties' joint motion to dismiss [Doc. No. 17] is granted, and the case is dismissed with prejudice. Each party shall bear its own fees, costs, and expenses. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 10th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE