**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BRUCE MURPHY, M.D.**                                                                           **PLAINTIFF**

**v.**                        **CASE NO. 4:12CV00629 BSM**

**KATHLEEN SEBELIUS, in**
**her official capacity as**
**Secretary of the United States**
**Department of Health and**
**Human Services**                                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered on this day, this case is dismissed with prejudice.

DATED this 10th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE